ELECTRONICALLY FILED
St. Francis County Circuit Court
Alan T. Smith, Circuit Clerk
2023-Sep-18  12:41:20
62CV-23-178
C01D03 : 5 Pages

IN THE CIRCUIT COURT OF ST. FRANCIS COUNTY, ARKANSAS
CIVIL DIVISION

ANGELA BEAN                                                          PLAINTIFF

CASE NO. 62CV-23-178-3

WAFFLE HOUSE, INC., OZARK                                DEFENDANT
WAFFLES, L.L.C., JAMES HICKY, JERRY
HICKY, JOHN DOES 1-3, JOHN DOE
ENTITIES 1-3

### ANSWER TO PLAINTIFF'S COMPLAINT

Comes now Separate Defendants, Waffle House, Inc., and Ozark Waffles, L.L.C., by and through their attorneys, Friday, Eldredge & Clark, LLP, and for their Answer to Plaintiff's Complaint, herein state:

1.      Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 1 of Plaintiff's Complaint and, therefore, generally and specifically deny same.

2.      Defendants admit the allegations contained in Paragraph Nos. 2, 3 and 4 of Plaintiff's Complaint.

3.      Defendants are without sufficient information to admit or deny the allegations contained in Paragraph Nos. 5 and 6 of Plaintiff's Complaint and, therefore, generally and specifically deny same.

4.      Defendants generally and specifically deny the allegations contained in Paragraph No. 7 of Plaintiff's Complaint.

5.      Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 8 of Plaintiff's Complaint and, therefore, generally and specifically deny same.

6.      Defendants admit the allegations contained in Paragraph Nos. 9, 10 and 11 of Plaintiff's Complaint.

7.      Defendants admit the allegations contained in Paragraph No. 12 of Plaintiff's Complaint that this is a premises liability negligence case; however, generally and specifically deny any negligence or liability on their part. They are without sufficient information to admit or deny the remaining allegations contained Paragraph No. 12 of Plaintiff's Complaint and, therefore, generally and specifically deny same.

8.      Paragraph No. 13 of Plaintiff's Complaint does not contain allegations requiring a response; however, to the extent this Court determines that it does, any and all such allegations contained therein are hereby generally and specifically denied.

9.      Defendants are without sufficient information to admit or deny the allegations contained in Paragraph Nos. 14 and 15 of Plaintiff's Complaint and, therefore, generally and specifically deny same.

10.      Defendants admit the allegations contained in Paragraph No. 16 of Plaintiff's Complaint.

11.      Defendants are without sufficient information to admit or deny the allegations contained in Paragraph Nos. 18, 19, 20, 21, 22 and 23 of Plaintiff's Complaint and, therefore, generally and specifically deny same.

12.      Defendants generally and specifically deny the allegations contained in Paragraph No. 24 of Plaintiff's Complaint.

13.    Defendants admit the allegations contained in Paragraph No. 25 of Plaintiff's Complaint that Separate Defendant Ozark Waffles, L.L.C., owned, supervised and maintained the restaurant premises through its employees and/or agents. Defendants generally and specifically deny the remaining allegations contained in Paragraph No. 25 of Plaintiff's Complaint.

14.    Defendants are without sufficient information to admit or deny the allegations contained in Paragraph No. 26 of Plaintiff's Complaint and, therefore, generally and specifically deny same.

15.    Defendants generally and specifically deny the allegations contained in Paragraph Nos. 27, 28, 29, 30 and 31 of Plaintiff's Complaint.

16.    Paragraph No. 32 of Plaintiff's Complaint does not contain allegations requiring a response; however, to the extent this Court determines that it does, any and all such allegations contained therein are hereby generally and specifically denied.

17.    Defendants generally and specifically deny the allegations contained in Paragraph No. 33 of Plaintiff's Complaint.

18.    Paragraph No. 34 of Plaintiff's Complaint does not contain allegations requiring a response; however, to the extent this Court determines that it does, any and all such allegations contained therein are hereby generally and specifically denied.

19.    Defendants generally and specifically deny the allegations contained in Paragraph Nos. 35, 36, including subparagraphs a, b, c, d, e, f and g thereof, and 37 of Plaintiff's Complaint.

20.    Defendants join in Plaintiff's request for a trial by jury of all disputed issues of fact, contained in Paragraph No. 38 of Plaintiff's Complaint.

21.    Defendants generally and specifically deny the allegations contained in Paragraph Nos. 39 and 40 of Plaintiff's Complaint.

3

22.     All allegations contained in Plaintiff's Complaint, not specifically admitted herein are hereby generally and specifically denied.

23.     Pleading affirmatively, Defendants state if in truth and in fact Plaintiff has been damaged as alleged, such damages were proximately caused by acts and/or omissions on the part of Plaintiff, constituting comparative fault, and which should result in the complete bar and/or in diminution in value of Plaintiff's claims and/or acts and/or omissions on the part of third parties, over whom Defendant had no control and for which they cannot be held responsible, entitling them to contribution, indemnity, a *pro rata* determination of fault and/or apportionment of damages, pursuant to Arkansas law.

24.     Further pleading affirmatively, Defendants state any or all of the affirmative defenses contained in Rule 8 of the Arkansas Rules of Civil Procedure may apply and act in bar of and/or in diminution in value of Plaintiff's claim for damages.

WHEREFORE, premises considered, Separate Defendants Waffle House, Inc., and Ozark Waffles, L.L.C, pray this Court enter its Order holding Plaintiff's Complaint against them for naught and for dismissal of same, for their costs and attorneys' fees, as well as all other just and proper relief to which they may show itself themselves entitled.

Respectfully submitted,

**FRIDAY, ELDREDGE & CLARK, LLP**
400 West Capitol Avenue, Suite 2000
Little Rock, AR  72201
Phone:  (501) 370-3324
Fax:  (501) 537- 2999
mharrison@fridayfirm.com

By:     _____
MICHAEL MCCARTY HARRISON (98201)

4

## CERTIFICATE OF SERVICE

I, Michael McCarty Harrison, hereby certify that a copy of the above and foregoing pleading was sent to the below on September 18, 2023 via electronic filing:

Jake Logan
Rainwater, Holt & Sexton

_____
MICHAEL MCCARTY HARRISON