IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANGELA BEAN**                                                                                              **PLAINTIFF**

v.                              **CASE NO. 3:23-CV-193-BSM**

**WAFFLE HOUSE INC., OZARK WAFFLES LLC,**                         **DEFENDANTS**
**JAMES HICKY, JERRY HICKY, JOHN DOES 1-3,**
**and JOHN DOE ENTITIES 1-3**

## ORDER

Angela Bean's motion to remand [Doc. No. 6] is held in abeyance to allow Bean to conduct limited discovery from defendants regarding the following issues: (1) the identity and citizenship of the two corporate entities from whom Ozark Waffles LLC leased the premises at the address of 2340 North Washington Street, Forrest City, Arkansas when the accident at issue occurred, *see* Defs.' Notice of Removal ¶ 9, Doc. No. 1; and (2) the extent to which either or both of those entities maintained, made use of, or otherwise controlled the parking lot in which Bean was injured. At present, there are no grounds for remand because the only non-diverse defendants (James and Jerry Hicky) are deceased. *See* Pl.'s Mot. Remand ¶ 8, Doc. No. 6; *Griffin v. Accordia Life & Annuity Co.*, 438 F. Supp. 3d 1341, 1344-45 (S.D. Ala. 2020) (non-diverse defendant who died prior to removal not considered for determining diversity jurisdiction). Discovery may, however, reveal proper non-diverse defendants, making abeyance proper. Bean has 45 days from the date of this order to conduct discovery on the issues above and supplement her filings. The clerk is directed to terminate James and Jerry Hicky as defendants.

IT IS SO ORDERED this 11th day of October, 2023.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE