IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANGELA BEAN**                                                                                           **PLAINTIFF**

v.                                      **CASE NO. 3:23-CV-193-BSM**

**OZARK WAFFLES, LLC, JOHN DOES 1-3,**
**and JOHN DOE ENTITIES 1-3**                                                   **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation to dismiss all claims against defendant Waffle House, Inc. [Doc. No. 14], the clerk is directed to terminate Waffle House, Inc. and change the style of the case to list Ozark Waffles, LLC as first defendant.

IT IS SO ORDERED this 8th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE